IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO.: 3:22-CR-305

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | |
| ARTURO SANCHEZ-DELGADILLO ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third-party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- Palmetto State Armory, model PA-15, 5.56 mm caliber semiautomatic rifle, serial number PA009051
- Palmetto State Armory, model PA-15, 5.56 mm caliber semiautomatic rifle, serial number SCD915173
- Glock, model 22, .40 caliber semiautomatic pistol, serial number FUR469
- Hi Point, model CF380, .380 caliber semiautomatic pistol, serial number P8143044
- Tanfoglio, F.LLI S.N.C., model Witness, .40/.45 caliber semiautomatic pistol, serial number EA90375
- Ruger, model SR 40, .40 caliber semiautomatic pistol, serial number 342-21344
- Smith & Wesson, model M&P 40, .40 caliber semiautomatic pistol, serial number HAR7721
- Taurus International, model G2C, 9 mm caliber semiautomatic pistol, serial number ACJ217389
- Smith & Wesson, model 38, .38 caliber revolver, serial number C573879
- Ruger, model American Pistol, 9 mm caliber semiautomatic pistol, serial number 860-43337
- SCCY, model CPX-2, 9 mm caliber semiautomatic pistol, serial number 282738
- Taurus International, model G2C, 9 mm semiautomatic pistol, serial number ACG985319

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

1

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third-party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property involved in or used in the offense(s), and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

* * *<br>(signatures on following page)

DENA J. KING
UNITED STATES ATTORNEY

_____
TAYLOR STOUT
Assistant United States Attorney

X_____
ARTURO SANCHEZ-DELGADILLO
Defendant

_____
POLLY C. RICHMOND
Attorney for Defendant

Signed this the 21st day of June, 2023.

_____
HON. SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE